■ In the Matter of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant, v LISA A. KOSKO, Respondent. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant, v LISA A. KOSKO, Respondent.—Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Willis, J. (Appeal from Judgment of Supreme Court, Monroe County, Willis, J.—Arbitration.) Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.